Automatic Retailers of America, Inc., Appellant,
*v.* Myers.

Argued March 26, 1974. *John M. Gallagher, Jr.,* with him *Richard, DeSanti & Hamilton,* for appellant; no appearance entered nor brief submitted for appellee.
Judgment affirmed.

Bachman *v.* American Casualty Company of Reading, Pa., Appellant.

Argued March 28, 1974. *B. Todd Maguire,* with him *Harris, Johnston & Maguire,* for appellant; *Barry A. Yelen,* with him *Sandor Yelen,* for appellee.
Order affirmed.

Ballard *v.* Ballard, Appellant.

Argued March 18, 1974. *Alfred P. Antonelli,* with him *Robertson B. Taylor* and *Kolb, Holland, Antonelli & Heffner,* for appellant; *Hugh M. Morrison,* for appellee.
Order affirmed.